IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE INC, ET AL** :
Plaintiff :
:
v. : Case No. **485899-V**
:
**MONTGOMERY COUNTY MARYLAND** :
Defendant :

<u>Scheduling Order - Track II</u>
(181)
COMPLAINT FILED ON: 05/28/2021

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

**EVENT:** [ATTENDANCE REQUIRED AT EVENTS] **DEADLINE:**

| | |
|---|---|
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | *09/27/2021* |
| *DEADLINE: DISCOVERY COMPLETED* | *10/18/2021* |
| *DEADLINE: PRETRIAL STATEMENT DUE* | *10/27/2021* |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | *11/12/2021* |

**STATUS/PRETRIAL HEARING, 11/12/2021 10:30 AM ATTENDANCE REQUIRED**
*DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.*

TRIAL COUNSEL SHALL APPEAR AT THE STATUS/PRETRIAL HEARING, ACCOMPANIED BY OR WITH TELEPHONE ACCESS TO THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. TRIAL COUNSEL SHALL SUBMIT A WRITTEN PRETRIAL STATEMENT THAT 1) DESCRIBES THE NATURE OF THE CASE; 2) SETS FORTH CLAIMS AND/OR DEFENSES; 3) DETAILS STIPULATIONS; AND 4) IDENTIFIES WITNESSES AND EXHIBITS. MOTIONS FILED IN TRACK II ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT.

THE TRIAL DATE SHALL BE SET AT THE STATUS/PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED. [TRIAL DATE BETWEEN: 12/02/2021 AND 02/23/2022.]

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

*Robert A. Greenberg*
Robert A. Greenberg
Circuit Administrative Judge

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL FOR THE DEFENDANT SHALL NOTIFY THE DCM COORDINATOR AT (240) 777-9358.
**QUESTIONS?** Please see the Court's GUIDE TO DCM ORDERS and www.montgomerycountymd.gov/circuitcourtDCM.

ENTERED
JUN 0 2 2021 MB
Clerk of the Circuit Court
Montgomery County, Md

```
06/02/2021 13:19:52   Addressee Check Sheet - 485899-V                Page 01

MONTGOMERY COUNTY MARYLAND
101 MONROE STREET
ROCKVILLE MD 20850

MARK W PENNAK, ESQ
MARYLAND SHALL ISSUE, INC.
STE C #1015
9613 HARFORD RD
PARKVILLE MD 21234
```

CTVSCHD2