# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **485899-V**

TO:                                                              (Service Address)

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

**MARYLAND SHALL ISSUE INC**

within **30** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

Date Issued: **06/02/2021**



*Karen A. Bushell*
Karen A. Bushell
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

## RETURN

[ ] Served _____ on _____ at _____
              (Whom)                              (Date)              (City/State/Country)
[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served

[ ] Unserved _____  _____
                  (Date)            (Reason)

[ ] Sheriff

_____
(Signature)

SUM1KRF 20150219                                                    SUM1KRF 06/02/2021 13:13:07

```
06/02/2021 13:13:07   Addressee Check Sheet - 485899-V                    Page 01

MONTGOMERY COUNTY MARYLAND
101 MONROE STREET
ROCKVILLE MD 20850

Agent for MONTGOMERY COUNTY MARYLAND:
MARC P HANSEN
COUNTY ATTORNEY
MONTGOMERY COUNTY MD
101 MONROE STREET 3RD FLOOR
ROCKVILLE MARYLAND 20850
```

SUM1KRF