## IN CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., ET AL, | Case No.: 485899-V |
| Plaintiffs, | |
| vs. | NOTICE OF SERVICE ON THE MARYLAND ATTORNEY GENERAL |
| MONTGOMERY COUNTY, MARYLAND, | |
| Defendant. | |

Pursuant to MD Code, Courts and Judicial Proceedings, § 3-405, undersigned counsel for plaintiffs certifies that on June 16, 2018, a copy of this Notice and a complete copy of the Verified Complaint with all its attachments were served on the Attorney General, *via* certified U.S. mail, by sending such copies to:

The Honorable Brian E. Frosh
Attorney General
200 St. Paul Place
Baltimore, MD 21202

On June 16, 2021, a courtesy copy of the complaint and this Notice was also emailed to the Attorney General at oag@oag.state.md.us.

Respectfully submitted,

MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
MD Atty No. 1905150005



FILED

JUN 16 2021

Clerk of the Circuit Court
Montgomery County, Md.

NOTICE OF SERVICE ON THE MARYLAND ATTORNEY GENERAL - 1



**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, the foregoing NOTICE OF SERVICE ON THE MARYLAND ATTORNEY GENERAL was served by hand on defendant Montgomery County by delivering this filing by hand to:

Marc P. Hansen, Esq.
County Attorney,
Montgomery County, MD
101 Monroe Street, 3rd floor
Rockville, Maryland 20850

*Mark W. Pennak* (signature)

MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
MD Atty No. 1905150005

NOTICE OF SERVICE ON THE MARYLAND ATTORNEY GENERAL - 2