

# Circuit Court for Montgomery County, Maryland
## Office of the Assignment Commissioner
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

June 24, 2021

## Notice of Hearing Date
( 437 )

Case# 485899-V     MARYLAND SHALL ISSUE INC, ET AL vs. MONTGOMERY COUNTY MARYLAND

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 07/15/2021 | 10:00 AM | PARTIAL SUMMARY JUDGMENT (#7) | 30 Minutes |

This proceeding is subject to a 30 minute time limit under Maryland Rule 16-201. If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice. A Motion for Postponement is required for all other requests.

**Please consult the monitors on the lobby level for your courtroom assignment.**
Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

10

(HEARING.NOTICES 106/24/2021 09:14:09

```
Addressee Checklist           (HEARING.NOTICES  )  06/24/2021 00:14:09

Case# 485899-V        MARYLAND SHALL ISSUE INC, ET AL vs. MONTGOMERY COUNTY MARYL

MONTGOMERY COUNTY MARYLAND
101 MONROE STREET
ROCKVILLE MD 20850



MARK W PENNAK, ESQ
MARYLAND SHALL ISSUE, INC.
STE C #1015
9613 HARFORD RD
PARKVILLE MD 21234
```