IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 485899V |
| | * | |
| MONTGOMERY COUNTY, MD | * | |
| | * | |
| Defendant | * | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Clerk of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850

Please note the removal of this action by Defendant, Montgomery County, Maryland, to the United States District Court for the District of Maryland. A copy of the Notice of Removal is attached. The filing of a notice of removal in the Office of the Clerk of the United States District Court for the District of Maryland effects removal of the above-entitled action pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

/s/ Patricia Kane

Patricia Lisehora Kane, Chief
Litigation Division
CPF ID# 8011010189
patricia.kane@montgomerycountymd.gov

/s/ Edward B. Lattner

Edward B. Lattner, Chief
Government Operations Division
CPF ID# 861230000
edward.lattner@montgomerycountymd.gov

FILED

JUL 13 2021

Clerk of the Circuit Court
Montgomery County, Md.

FILED BY EMAIL

12

*Sean O'Hara*
Sean C. O'Hara
Associate County Attorney
CPF ID# 1212120337
sean.ohara@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July 2021, a copy of the foregoing, was electronically filed with notice to:

Mark Pennak, Esquire
Maryland Shall Issue, Inc.
9613 Harford Road, Suite C1015
Parkville, MD 21234

*Sean O'Hara*
Sean C. O'Hara
Associate County Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 8:21-cv-01736 |
| MONTGOMERY COUNTY, MD | * | |
| Defendant | * | |

## NOTICE OF REMOVAL

Montgomery County, Maryland, by its undersigned counsel and pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1441 and 1446, submits this Notice of Removal and in support thereof states:

1. Plaintiffs Maryland Shall Issue, Inc., Engage Armament, LLC, Andrew Raymond, Carlos Rabanales, Brandon Ferrell, Deryck Weaver, Joshua Edgar, Ice Firearms & Defensive Training, LLC, Ronald David, and Nancy David (collectively "Plaintiffs"), commenced a civil action in the Circuit Court for Montgomery County, Civil Case No. 485899V by filing a Complaint on or about May 28, 2021.

2. Defendant Montgomery County, Maryland was served with the Complaint on June 10, 2021.

3. This Court has original federal jurisdiction over this matter pursuant to 28 U.S.C. § 1331, in that Plaintiffs are alleging a violation of their rights under federal law. Specifically, Plaintiffs allege violation of their rights under the First Amendment to the United States Constitution, the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and Plaintiffs further seek declaratory, injunctive, and monetary relief under 42 U.S.C. § 1983 and attorneys' fees under 42 U.S.C. § 1988.

4. Copies of all process, pleadings, documents and orders which have been served upon the Defendant are attached hereto. Pursuant to Local Rule 103.5, within thirty (30) days of the filing of this Notice of Removal, Defendants will file true and legible copies of all other documents then on file in the state court, together with a certification from counsel that all filings made in the Circuit Court for Montgomery County, Civil Case No. 485899V, have been filed in the United States District Court.

5. This Notice of Removal has been filed within thirty (30) days of the filing of the Complaint asserting federal causes of action.

6. Montgomery County, Maryland is the sole defendant and the consent of other defendants is unnecessary.

7. Pursuant to the requirement of 28 U.S.C. § 1446(d), counsel for Defendant shall, promptly after the filing of this Notice of Removal, give written notice to all adverse parties and shall file a copy of this Notice with the Clerk of the Circuit Court for Montgomery County.

WHEREFORE, for the foregoing reasons, Defendant, Montgomery County, Maryland in the above-captioned action requests that this action now pending in the Circuit Court for Montgomery County be removed to the United States District Court for the District of Maryland.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

/s/
Patricia Lisehora Kane, Chief
Litigation Division
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

/s/
Edward B. Lattner, Chief
Government Operations Division
Federal Bar No. 03871
edward.lattner@montgomerycountymd.gov

/s/
Sean C. O'Hara
Associate County Attorney
Federal Bar No. 20725
sean.ohara@montgomerycountymd.gov
Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of July 2021, a copy of the foregoing, was electronically filed with notice to:

Mark Pennak, Esquire
Maryland Shall Issue, Inc.
9613 Harford Road, Suite C1015
Parkville, MD 21234

/s/
Sean C. O'Hara
Associate County Attorney