**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

MARYLAND SHALL ISSUE, INC.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-2150
*et al.*,
*Plaintiffs*                                                         Case No. 485899-V

v.

MONTGOMERY COUNTY
MARYLAND,

 *Defendant.*

### NOTICE OF APPEARANCE

Notice is hereby given of the electronic appearance through the MDEC system of the undersigned as counsel for all the plaintiffs in the above-captioned matter.

                              Respectfully submitted,

                              */s/ Mark W. Pennak*

                              MARK W. PENNAK
                              MARYLAND SHALL ISSUE, INC.
                              9613 Harford Rd, Ste C #1015
                              Baltimore, MD 21234-21502
                              mpennak@marylandshallissue.org
                              Phone: (301) 873-3671
                              MD Atty No. 1905150005
                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 8, 2022, a copy of the foregoing Notice of Appearance was served on the following counsel for defendant Montgomery County via the MDEC e-filing system and via email:

Edward Barry Lattner			Edward.Lattner@MontgomeryCountyMD.gov

Patricia Lisehora Kane		patricia.kane@montgomerycountymd.gov

Sean Charles O Hara			sean.ohara@montgomerycountymd.gov,

*/s/ Mark W. Pennak*

Mark W. Pennak

Counsel for Planitiffs