IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 485899V |
| | * | |
| MONTGOMERY COUNTY, MD | * | |
| | * | |
| Defendant | * | |

## ENTRY OF APPEARANCE

Please enter the appearance of Patricia Lisehora Kane, Edward B. Lattner, Sean C. O'Hara as counsel for Defendant, Montgomery County, Maryland, in the above-captioned case.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

/s/ *Patricia Lisehora Kane*
Patricia Lisehora Kane, Chief
Litigation Division
CPF ID# 8011010189
patricia.kane@montgomerycountymd.gov


/s/ *Edward B. Lattner*
Edward B. Lattner, Chief
Government Operations Division
CPF ID# 861230000
edward.lattner@montgomerycountymd.gov


/s/ *Sean C. O'Hara*
Sean C. O'Hara
Associate County Attorney
CPF ID# 1212120337
sean.ohara@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 9th day of February 2022, a copy of the foregoing, was served through MDEC to:

Mark Pennak, Esquire
Maryland Shall Issue, Inc.
9613 Harford Road, Suite C1015
Parkville, MD 21234

                                                   /s/ *Sean C. O'Hara*
                                                   Sean C. O'Hara
                                                   Associate County Attorney