UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANELES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID and
NANCY DAVID,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiffs' Motion to Sever and Remand All State Law Claims and to Hold in Abeyance, ECF No. 18, is GRANTED IN PART and DENIED IN PART.

2. Counts 1, 2, and 3 of Plaintiffs' Complaint are severed and remanded to the Circuit Court for Montgomery County, Maryland.

3. This action is STAYED, and Count 4 is held in abeyance pending the resolution of Counts 1, 2, and 3 in the state court proceeding.

4. The parties shall file a Joint Status Report every **90 days** to report on the progress of the state court proceeding.

5. Within **14 days** of the resolution of Counts 1, 2, and 3 in the state court proceeding, the parties shall file a Joint Status Report reporting on that resolution and requesting either that the stay be lifted or that this case be dismissed.

Date: February 7, 2022



THEODORE D. CHUANG
United States District Judge



I hereby attest and certified that the foregoing document is full true and Correct copy of the original on file in my office and in my legal custody.

M. STAVLAS
CLERK, U.S. DISTRICT COURT
OF MARYLAND

By _____ Deputy