

CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND
50 Maryland Avenue
Rockville, Maryland 20850

**To:** PATRICIA L KANE
OFFICE OF COUNTY ATTY MONTGOMERY CO
3RD FL 101 MONROE ST
ROCKVILLE MD 20850

Case Number: 485899V
Other Reference Number(s):

MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND

Date: 2/24/2022

# TRANSFER OF ORIGINAL RECORD BACK FROM ANOTHER COURT

**NOTICE TO ALL ATTORNEYS OF RECORD:**

The above case has been sent to the Circuit Court for Montgomery County, Maryland, and is being filed in the above-mentioned case number.

Please file with Circuit Court for Montgomery County any outstanding motions that were originally filed in the previous court.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

Main: 240-777-9400

To: EDWARD B. LATTNER
MONTGOMERY COUNTY ATTORNEY'S OFFICE
101 MONROE STREET
THIRD FLOOR
ROCKVILLE MD 20850-2058

**Case Number:** 485899V
**Other Reference Number(s):**

MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND

Date: 2/24/2022

## TRANSFER OF ORIGINAL RECORD BACK FROM ANOTHER COURT

**NOTICE TO ALL ATTORNEYS OF RECORD:**

The above case has been sent to the Circuit Court for Montgomery County, Maryland, and is being filed in the above-mentioned case number.

Please file with Circuit Court for Montgomery County any outstanding motions that were originally filed in the previous court.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** SEAN CHARLES O'HARA
OFFICE OF THE COUNTY ATTORNEY
101 MONROE STREET
3RD FLOOR
ROCKVILLE MD 20850

|  |  |
|---|---|
| Case Number: | 485899V |
| Other Reference Number(s): | |

MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND

Date: 2/24/2022

## TRANSFER OF ORIGINAL RECORD BACK FROM ANOTHER COURT

**NOTICE TO ALL ATTORNEYS OF RECORD:**

The above case has been sent to the Circuit Court for Montgomery County, Maryland, and is being filed in the above-mentioned case number.

Please file with Circuit Court for Montgomery County any outstanding motions that were originally filed in the previous court.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court