IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

MARYLAND SHALL ISSUE INC ET AL
    Plaintiff
vs.                                              Case No. Civil # 485899V

MONTGOMERY COUNTY MARYLAND
    Defendant

## ORDER

Upon review of the record herein, and this matter having been remanded from the United States District Court for the District of Maryland, it is this 24th day of February, 2022, by the Circuit Court for Montgomery County, Maryland,

**ORDERED,** that the Assignment Office shall issue a Track 2 Scheduling Order with a Base Date of February 18, 2022.

_____
JAMES A. BONIFANT
ADMINISTRATIVE JUDGE
Circuit Court for Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
February 28, 2022