## IN CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE, INC., et al.**,

*Plaintiffs,*

vs.

**MONTGOMERY COUNTY, MARYLAND**,

*Defendant.*

CASE NO.: 485899V

### ORDER

Upon consideration of plaintiffs' motion for an expedited hearing and decision on the pending motions filed by plaintiffs and defendant, and any response thereto, it is this 04/19/2022 day of _____, 2022, by the Circuit Court for Montgomery County hereby,

MOOT.

ORDERED, that plaintiffs' motion to expedite ~~is granted. A hearing on the pending motions will be scheduled at the earliest practicable time and any decision on the pending motions will issue as soon as practicable.~~

04/19/2022 4:00:07 PM

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 20, 2022

_____
Judge, Circuit Court for
Montgomery County, Maryland

Jeannie E. Cho

cc: All Parties of record.

4/19/2022 2:15:29 PM
This is a proper order to be signed

Special Magistrate

- 1 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 14, 2022, a copy of the foregoing proposed Order was served on the following counsel for defendant Montgomery County via the MDEC e-filing system:

Edward Barry Lattner          Edward.Lattner@MontgomeryCountyMD.gov

Patricia Lisehora Kane         patricia.kane@montgomerycountymd.gov

Sean Charles O Hara           sean.ohara@montgomerycountymd.gov

/s/ *Mark W. Pennak*

MARK W. PENNAK
 *Counsel for Plaintiffs*