**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** MARK WILLIAM PENNAK
7416 RIDGEWOOD AVE
CHEVY CHASE MD 20815

Case Number: 485899V

**MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND**

Date: 4/20/2022

## NOTICE OF HEARING DATE

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 05/23/2022 | 10:00 AM | Hearing - Motion to Dismiss | 10:00 AM - 3:30 PM |

This proceeding is subject to a 30-minute time limit under Maryland Rule 16-201. If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice. A Motion for Postponement is required for all other requests.

FILED ON: 2-22-2022     DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE
                        FOR SUMMARY JUDGMENT

FILED ON: 3-7-2022      PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
                        SUMMARY JUDGMENT AND MOTION TO DISMISS

REMARKS:                REMOTE HEARING

**Please consult the monitors on the lobby level for your courtroom assignment.**

Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

cc:   Edward B. Lattner
      Patricia L Kane
      Sean Charles O'hara



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:** EDWARD B. LATTNER
MONTGOMERY COUNTY ATTORNEYS OFFICE
101 MONROE STREET
THIRD FLOOR
ROCKVILLE MD  20850-2058

Case Number: 485899V

**MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND**

Date: 4/20/2022

## NOTICE OF HEARING DATE

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 05/23/2022 | 10:00 AM | Hearing - Motion to Dismiss | 10:00 AM - 3:30 PM |

This proceeding is subject to a 30-minute time limit under Maryland Rule 16-201.  If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice.  A Motion for Postponement is required for all other requests.


| FILED ON: 2-22-2022 | DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |
|---|---|
| FILED ON: 3-7-2022 | PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS |

REMARKS: REMOTE HEARING


**Please consult the monitors on the lobby level for your courtroom assignment.**

Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

cc: Mark William Pennak
Patricia L  Kane
Sean Charles  O'hara



**CIRCUIT COURT FOR MONTGOMERY COUNTY  
MARYLAND**  
50 Maryland Avenue  
Rockville, Maryland 20850

**To:** PATRICIA L KANE  
OFFICE OF COUNTY ATTY MONTGOMERY CO  
3RD FL101 MONROE ST  
ROCKVILLE MD 20850

Case Number: 485899V

**MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND**

Date: 4/20/2022

## NOTICE OF HEARING DATE

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 05/23/2022 | 10:00 AM | Hearing - Motion to Dismiss | 10:00 AM - 3:30 PM |

This proceeding is subject to a 30-minute time limit under Maryland Rule 16-201. If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice. A Motion for Postponement is required for all other requests.

FILED ON: 2-22-2022    DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE  
                       FOR SUMMARY JUDGMENT

FILED ON: 3-7-2022     PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR  
                       SUMMARY JUDGMENT AND MOTION TO DISMISS

REMARKS:               REMOTE HEARING

**Please consult the monitors on the lobby level for your courtroom assignment.**

Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

cc:  Mark William Pennak  
     Edward B. Lattner  
     Sean Charles O'hara



**CIRCUIT COURT FOR MONTGOMERY COUNTY**
**MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** SEAN CHARLES O'HARA
OFFICE OF THE COUNTY ATTORNEY
101 MONROE STREET
3RD FLOOR
ROCKVILLE MD 20850

Case Number: 485899V

**MARYLAND SHALL ISSUE INC ET AL VS MONTGOMERY COUNTY MARYLAND**

Date: 4/20/2022

## NOTICE OF HEARING DATE

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 05/23/2022 | 10:00 AM | Hearing - Motion to Dismiss | 10:00 AM - 3:30 PM |

This proceeding is subject to a 30-minute time limit under Maryland Rule 16-201. If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice. A Motion for Postponement is required for all other requests.

FILED ON: 2-22-2022    DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE
                       FOR SUMMARY JUDGMENT

FILED ON: 3-7-2022     PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
                       SUMMARY JUDGMENT AND MOTION TO DISMISS

REMARKS:               REMOTE HEARING

**Please consult the monitors on the lobby level for your courtroom assignment.**

Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

cc:  Mark William Pennak
     Edward B. Lattner
     Patricia L Kane