IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| v. | *  Case No. 485899-V |
| | * |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant. | * |

## ORDER

**UPON CONSIDERATION** of the Joint Motion to Extend Time (To One Hour) For Argument on Parties' Cross-Motions for Summary Judgment, filed on April 28, 2022, it is this \_\_\_17th\_\_\_ **day of May, 2022** by the Circuit Court for Montgomery County, Maryland

**ORDERED**, that the Joint Motion to Extend Time (To One Hour) For Argument on Parties' Cross-Motions for Summary Judgment, filed on April 28, 2022 be, and hereby is, **GRANTED IN PART** to allot one hour for oral argument on May 23, 2022 on Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, filed on February 22, 2022, and Plaintiffs' Opposition thereto, as these are the only matters pending before the Court for hearing on May 23, 2022.

*Joan E. Ryon*
_____
**JOAN E. RYON, Judge**
Circuit Court for Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
May 18, 2022