

# MONTGOMERY COUNTY CIRCUIT COURT

## Civil Courtroom Hearing Sheet

Case Caption: Maryland Shall Issue Inc Et Al vs. Montgomery County Maryland

Case Number: 485899V

Date: 5/23/2022

Initials: A.H.III

Hearing Type: Motion to dismiss

Judge: Ryon

Courtroom: 5F

Parties: Mr. Pennak appeared on behalf of the Plaintiffs via zoom. Mr. O'Hara appeared on behalf of the Defendant via zoom.

## Postponements

☒ Joint Oral Motion to Postpone- Granted; Court Postpones Motion to Dismiss Hearing to 07/19/2022 at 10:00 A.M. before Judge Cummins.