IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | Case No.: 485899V |
| *Plaintiffs,* | |
| vs. | |
| MONTGOMERY COUNTY, MARYLAND, | |
| *Defendant.* | |

## CONSENT ORDER

Upon consideration of plaintiffs' consent motion for a postponement of the May 23, 2022 Hearing scheduled in this matter, it is this

_____2nd_____ day of _____June_____, 2022, by the Circuit Court for Montgomery County hereby,

ORDERED, that plaintiffs' consent motion is granted and a hearing on plaintiffs' renewed motion for summary judgment and defendant's motion to dismiss and alternative motion for summary judgment will be scheduled for one hour at such time and date when the Court is prepared to hear both plaintiffs' motion for summary judgment and defendant's motion to dismiss and for summary judgment, and the respective oppositions, at the same time.

_____
*Joan E. Ryon*
Judge, Circuit Court for
Montgomery County, Maryland

cc: All Parties of record.

Entered: Clerk, Circuit Court for
Montgomery County, MD
June 2, 2022

.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 20, 2022, a copy of the foregoing proposed Consent Order was served on the following counsel for defendant Montgomery County via the MDEC e-filing system:

Edward Barry Lattner		Edward.Lattner@MontgomeryCountyMD.gov

Patricia Lisehora Kane		patricia.kane@montgomerycountymd.gov

Sean Charles O Hara		sean.ohara@montgomerycountymd.gov


			/s/ *Mark W. Pennak*

			MARK W. PENNAK
			*Counsel for Plaintiffs*