IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE INC, et al.** :
    Plaintiff :
vs. : Case No. Civil # 485899V
**MONTGOMERY COUNTY MARYLAND** :
    Defendant :

## ORDER

Upon consideration of the Joint Motion to Amend the Scheduling Order, filed July 7, 2022, it is this 15th day of July, 2022, by the Circuit Court for Montgomery County, Maryland,

**ORDERED,** that the Joint Motion to Amend the Scheduling Order, filed July 7, 2022, be and hereby is, **Granted in part;** and it is further

**ORDERED,** that the Scheduling Order shall be modified as follows:

| | |
|---|---|
| *DEADLINE: PRETRIAL STATEMENT DUE* | 10/19/2022 |
| PRETRIAL/STATUS HEARING<br>ATTENDANCE REQUIRED | 10/27/2022 at 10:30 AM |

_____
JAMES A. BONIFANT
County Administrative Judge

Entered: Clerk, Circuit Court for Montgomery County, MD
July 15, 2022

Reason Code: __Joint__