

# MONTGOMERY COUNTY CIRCUIT COURT

## Civil Courtroom Hearing Sheet

---

**Case Caption:** Maryland Shall Issue Inc., Et Al. vs. Montgomery County Maryland

**Case Number**: 485899V

**Hearing Type:** Hearing -Motion to dismiss              **Initials:** LN

**Courtroom:** 7A

**Judge:** Cummins              **Date:** 7/19/2022

☒ Hearing on Plaintiff's renewed motion for summary judgment (Filed May 20, 2022) and Defendant's motion to dismiss or, alternatively, for summary judgment (Filed February 22, 2022). Counsel for Plaintiff, Mr. Pennak appeared (Via video conference). Counsel for Defendant, Mr. Lattner and Mr. O'Hara appeared (Via video conference).

**Under Advisement**

☒ *(COTUA)* Court takes the following under advisement: Plaintiff's renewed motion for summary judgment (Filed May 20, 2022) and Defendant's motion to dismiss or, alternatively, for summary judgment (Filed February 22, 2022).