# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARYLAND SHALL ISSUE, INC.,** *et al.*,

 *Plaintiffs,*

vs.            **Case No.: 485899V**

**MONTGOMERY COUNTY, MARYLAND**,

 *Defendant*.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 22, 2022, a copy of the foregoing FIRST AMENDED VERIFIED COMPLAINT FOR DECLARATORY AND EQUITABLE RELIEF AND FOR COMPENSATORY DAMAGES, NOMINAL DAMAGES AND ATTORNEY'S FEES AND COSTS and attachments, including a "compare" document, were served on the following counsel for defendant Montgomery County via the MDEC e-filing system:

| | |
|---|---|
| Edward Barry Lattner | Edward.Lattner@MontgomeryCountyMD.gov |
| Patricia Lisehora Kane | patricia.kane@montgomerycountymd.gov |
| Sean Charles O Hara | sean.ohara@montgomerycountymd.gov |

            /s/ *Mark W. Pennak*

            MARK W. PENNAK
            *Counsel for Plaintiffs*

- Page 1 -