IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC.,** *et al.* | * |
| | * |
| Plaintiffs, | * |
| v. | *     **Case No. 485899V** |
| | * |
| **MONTGOMERY COUNTY, MARYLAND,** | * |
| Defendant. | * |

## ORDER

This matter came before the Court on the 19th day of July 2022 on Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment, filed February 22, 2022, and Plaintiffs' Renewed Motion for Summary Judgment, filed May 20, 2022. It having come to the attention of the Court that following the hearing Plaintiffs' filed a First Amended Verified Complaint for Declaratory and Equitable Relief and for Compensatory Damages, Nominal Damages, and Attorney's Fees and Costs on July 22, 2022, it is this **26th day of July 2022**, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment, filed February 22, 2022, is hereby **MOOT**; and it is further,

**ORDERED**, that Plaintiffs' Renewed Motion for Summary Judgment, filed May 20, 2022, is hereby **MOOT**.

                                               _/s/ Jill R. Cummins_
                                               Jill R. Cummins
                                               **JUDGE** for the Circuit Court for
                                               Montgomery County, Maryland

                                                                          7/26/2022 4:19:42 PM

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 27, 2022