IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 8:21-cv-01967-DLB |
| | * | |
| MONTGOMERY COUNTY, MD | * | |
| | * | |
| Defendant | * | |

## LINE OF APPEARANCE

Please add the appearance of Sean C. O'Hara, Associate County Attorney, as counsel for Defendant, Montgomery County, Maryland in the above-captioned case.

    Respectfully submitted,

    JOHN P. MARKOVS
    ACTING COUNTY ATTORNEY

    _____/s/_____
    Sean C. O'Hara
    Federal Bar No. 20725
    sean.ohara@montgomerycountymd.gov
    *Attorney for Defendant*
    101 Monroe Street, Third Floor
    Rockville, Maryland 20850
    (240) 777-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August 2022, a copy of the foregoing, was electronically filed with notice to:

Mark Pennak, Esquire
Maryland Shall Issue, Inc.
9613 Harford Road, Suite C1015
Parkville, MD 21234

    _____/s/_____
    Sean C. O'Hara
    Associate County Attorney