IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Maryland Shall Issue, Inc., et al. | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No. 8:22-cv-01967-DLB |
| Montgomery County, Maryland | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____.
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
**Brit Global Specialty USA**_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

August 8, 2022

Date

*[signature]*

Signature

Sean C. O'Hara 20725

Printed name and bar number

101 Monroe Street, Third Fl, Rockville, MD 20850

Address

sean.ohara@montgomerycountymd.gov

Email address

240-777-6700

Telephone number

240-777-6705

Fax number

2