**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

MARYLAND SHALL ISSUE, INC., *et al.*        *

      Plaintiffs,        *

      v.        *        Civil No. 8:21-cv-01967-DLB

MONTGOMERY COUNTY, MD        *

      Defendant        *

## LOCAL RULE 103.5(A) COMPLIANCE

In accordance with Local Rule 103.5(a), the undersigned, Sean C. O'Hara, an attorney for Defendant, Montgomery County, certifies that a certified copy of the court record in the Circuit Court for Montgomery County, Maryland, Case Number 485899V, is attached hereto.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

          /s/
_____
Patricia Lisehora Kane, Chief
Litigation Division
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

          /s/
_____
Edward B. Lattner, Chief
Government Operations Division
Federal Bar No. 03871
edward.lattner@montgomerycountymd.gov

          /s/
_____
Sean C. O'Hara
Federal Bar No. 20725
sean.ohara@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700