IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MONTGOMERY COUNTY, MD., )<br>)<br>*Defendant*. ) | Case No. 8:21-cv-01736-TDC<br>Case No. 8:22-cv-01967-DLB |

**PROPOSED ORDER**

Upon consideration of defendant's motion to consolidate Case No. 8:21-cv-01736-TDC and Case No. 8:22-cv-01967-DLB, and motion to remand Counts I, II, and III of the plaintiffs' First Amendment Complaint, and motion to hold Counts IV and V of the First Amended Complaint in abeyance, and the Opposition of plaintiffs to the remand and abeyance sought by defendant, IT IS HEREBY ORDERED:

1. The uncontested motion to consolidate is GRANTED, and the cases are consolidated and assigned to the Court in Case No. 21-01736;

2. The motion to remand Counts I, II, and III is DENIED;

3. The motion to hold Counts IV and V in abeyance is DENIED.


SO ORDERED this ___ day of August, 2022


_____

United States District Judge