**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| Defendant | * | |

**ORDER**

Upon consideration of the Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, any opposition thereto, and any oral argument thereon, it is this _____ day of _____, 2022, by the U.S. District Court for Maryland, hereby

ORDERED that the Defendant's Motion is GRANTED; and it is further,

ORDERED that Defendant shall file pleadings responsive to the First Amended Complaint no later than 21 days after the Court rules on Defendant's Partial Consent Motion to Consolidate and to Remand Counts I, II, and III.

_____
DEBORAH L. BOARDMAN
United States District Judge

cc:   all parties of record