**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs | * |
| | *   Consolidated Case Nos. |
| v. | *   8:21-cv-01736-TDC (lead) |
| | *   8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant | * |

## NOTICE TO SUBSTITUTE COUNSEL

Please withdraw the appearance of Sean C. O'Hara and enter the appearance of Matthew H. Johnson, Associate County Attorney, as co-counsel for Defendant, Montgomery County, Maryland, in the above-captioned case.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

          /s/
Matthew H. Johnson
Associate County Attorney
Federal Bar No. 17678
matthew.johnson3@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
240-777-6700
240-777-6705 (Fax)

**Filed:  October 21, 2022**